UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RICHARD DALE MCGARY, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Civil No.  2:10-CV-01911-BAT <br><br><br> ORDER AMENDING THE SCHEDULING ORDER |

Based upon the unopposed motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file its Response by May 24, 2011; and
- Plaintiff shall file an Optional Reply Brief by June 7, 2011.

DATED this 26th day of April, 2011.

s/ Brian A. Tsuchida
United States Magistrate Judge

Page 1   ORDER - [2:10-CV-01911-BAT]

1

2  Presented By:

3  /s/ Willy M. Le
   WILLY M. LE
4  Special Assistant U.S. Attorney
   Office of the General Counsel
5  Social Security Administration
   701 Fifth Avenue, Suite 2900 M/S 221A
6  Seattle, Washington 98104-7075
   Telephone: (206) 615-2680
7  Fax: (206) 615-2531
   willy.le@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24